IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRIA H.,

      Plaintiff,

v.                                                                                         2:24-cv-01191-KG-JMR

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

      Defendant.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition

("PFRD") on February 27, 2026.  Doc. 24.  The proposed findings notified the parties of their

ability to file objections within fourteen (14) days and that failure to do so waived appellate

review.  *Id.* at 21.  Neither party filed objections, and the time for doing so has passed.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 24) are ADOPTED;

2.     Plaintiff's Motion to Reverse and Remand to Agency (Doc. 16) is DENIED;

3.     The Commissioner's judgment is affirmed, and the case is hereby DISMISSED.

/s/Kenneth J. Gonzales_____
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.