IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDRIA H.,

    Plaintiff,

v.                                         2:24-cv-01191-KG-JMR

FRANK BISIGNANO, Commissioner
of the Social Security Administration,

    Defendant.

## **FINAL JUDGMENT**

Pursuant to the Order Adopting Magistrate Judge's Proposed Findings and

Recommended Disposition entered concurrently herewith, the Court enters this Final

Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, affirms the decision of

the Commissioner, and dismisses this case with prejudice.

                             /s/Kenneth J. Gonzales_____
                             CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.